**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Joseph Gamester

    v.                             Civil No. 10-cv-115-JL

John Eppolito et al.

<u>ORDER</u>

Before the Court is plaintiff's request for preliminary injunctive relief (document no. 1). In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge James R. Muirhead is designated to review and consider the request for injunctive relief submitted by plaintiff and, if necessary, conduct a hearing on the matter. In accordance with subparagraph (C), the Magistrate Judge shall file his proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: April 5, 2010

cc: Joseph Gamester, pro se